In re  Matthew Jason Singer,
       Shawnna Marie Singer

Case No. _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Personal checking account @Wells Fargo, San Bernardino, CA | J | 300.00 |
| | | Business Checking Account at Wells Fargo, San Bernardino, CA | H | 800.00 |
| | | Debtor has a Trust Account at Wells Fargo, San Bernardino, CA. All deposits are client(s)' monies and Debtor has no interest in these monies at this time. See SOFA #14. "Property Held for Another Person". No services are billable at this time. | H | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods, furnishings, audio & video | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures and other personal effects | J | 500.00 |
| 6. Wearing apparel. | | Wearing apparel | J | 500.00 |
| 7. Furs and jewelry. | | Misc jewelry including wedding rings | J | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Camera | J | 100.00 |

Sub-Total >    5,700.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

In re  Matthew Jason Singer,
       Shawnna Marie Singer

Case No. _____

Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | H & W have term life insurance policies - no cash value | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | County of San Bernardino Retirement Plan, subject to Dissolution pending in Riverside Sup. Ct. Case No. 197616. | W | 30,000.00 |
| | | 457k Plan @County of San Bernardino valued @$30,000.00 less $25,000 loan against value. Net value = $5,000.00 | W | 5,000.00 |
| | | Spouse's interest, if any, in ex-husband's pension plan @ the Police Department; matter pending in Riverside Sup. Ct., CAse No. 197616. | W | Unknown |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100 Shares of Sirius Radio stock | H | 500.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | Debtors law practice is operated on a cash basis; there are no pending accounts receivable or billable work at this time. | H | 0.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Amount of support maintenance, property settlement or equalization to be awarded, if any. in the Dissolution pending in Riverside Superior Court, Case No. 197616 | W | Unknown |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | State Disability being received @$2836/mo. | W | 2,836.00 |

Sub-Total >   38,336.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  Matthew Jason Singer,
       Shawnna Marie Singer
                                                            Debtors

Case No. _____

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2004 Income tax refunds pending: Federal $2981; State $568 | J | 3,549.00 |
| | | Breat Implaint Class Action litigation from 1991 is handled by Attorneys Wilson, Borrow, Dunn & Davis, San Bernardino, CA. A settlement is pending. | W | Unknown |
| | | Potential medical malpractice cause of action may be filed against Kaiser for personal injuries sustained as a result of botched hand surgery; co-debtor unable to return to her job as a court reporter at this time and may require retraining. Matter being handled by attorney Jeffrey Raynes, Redlands, CA. Value unknown at this time. | W | Unknown |
| | | Debtor may have insurance claim for loss of wife's diamond earrings. Value unknown | J | Unknown |
| | | Set offs or Counterclaims by Spouse, if any, in the Dissolution pending in Riverside Superior Court, Case No. 197616 | W | Unknown |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Acura MDX- 4 yr lease | J | 0.00 |
| | | 2005 BMW 330 CI- 3 yr lease | J | 0.00 |
| 24. Boats, motors, and accessories. | X | | | |

Sub-Total >   3,549.00
(Total of this page)

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

In re  Matthew Jason Singer,
       Shawnna Marie Singer

Case No. _____

Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Law Office equipment, furnishings and supplies | H | 1,500.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Steno equipment for Court Reporting | W | 1,000.00 |
| | | Software program used for stenography- (LEASED -enc $960.00) | W | Unknown |
| 28. Inventory. | X | | | |
| 29. Animals. | | Newfoundland dog | J | 100.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sub-Total >   2,600.00
(Total of this page)
Total >   50,185.00

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy