In re  Matthew Jason Singer,
       Shawnna Marie Singer

Case No. _____

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
- ☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
- ■ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** Debtors' residence @3153 Banton Cir. Corona, CA 92882 Homesteaded | C.C.P. §§ 704.710, 704.720, 704.730(a)(2), 704.910 | 75,000.00 | 580,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** Personal checking account @Wells Fargo, San Bernardino, CA | C.C.P. § 704.130 | 300.00 | 300.00 |
| **Books, Pictures and Other Art Objects; Collectibles** Books, Pictures and other personal effects | C.C.P. § 704.020 | 500.00 | 500.00 |
| **Wearing Apparel** Wearing apparel | C.C.P. § 704.020 | 500.00 | 500.00 |
| **Furs and Jewelry** Misc jewelry including wedding rings | C.C.P. § 704.040 | 2,000.00 | 2,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** Camera | C.C.P. § 704.020 | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** County of San Bernardino Retirment Plan, subject to Dissolution pending in Riverside Sup. Ct. Case No. 197616. | C.C.P. § 704.110(b); Gov. Code § 21201 | 100% | 30,000.00 |
| 457k Plan @County of San Bernardino valued @$30,000.00 less $25,000 loan against value. Net value = $5,000.00 | C.C.P. § 704.110(b); Gov. Code § 21201 | 100% | 5,000.00 |
| Spouse's interest, if any, in ex-husband's pension plan @ the Police Department; matter pending in Riverside Sup. Ct., CAse No. 197616. | C.C.P. § 704.110(d) | 100% | Unknown |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** State Disability being received @$2836/mo. | C.C.P. § 704.130 | 100% | 2,836.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** Breat Implaint Class Action litigation from 1991 is handled by Attorneys Wilson, Borrow, Dunn & Davis, San Bernardino, CA. A settlement is pending. | C.C.P. § 704.140(a) C.C.P. § 704.140(d) | 100% 100% | Unknown |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re   Matthew Jason Singer,
        Shawnna Marie Singer

Case No. _____

Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Potential medical malpractice cause of action may be filed against Kaiser for personal injuries sustained as a result of botched hand surgery; co-debtor unable to return to her job as a court reporter at this time and may require retraining. Matter being handled by attorney Jeffrey Raynes, Redlands, CA. Value unknown at this time. | C.C.P. § 704.140(a)<br>C.C.P. § 704.140(d) | 100%<br>100% | Unknown |
| **Office Equipment, Furnishings and Supplies**<br>Law Office equipment, furnishings and supplies | C.C.P. § 704.060(a)(1) | 1,500.00 | 1,500.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business**<br>Steno equipment for Court Reporting | C.C.P. § 704.060(a)(2) | 1,000.00 | 1,000.00 |
| Software program used for stenography- (LEASED -enc $960.00) | C.C.P. § 704.060(a)(2) | 100% | Unknown |
| **Animals**<br>Newfoundland dog | C.C.P. § 704.020 | 100.00 | 100.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy