Form B6D - (Rev 12/03)

2003 USBC, Central District of California

In re  Matthew Jason Singer,
       Shawnna Marie Singer
                                                    Debtors

Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of the account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxxxx6053 <br><br> BMW Financial <br> PO Box 78103 <br> Phoenix, AZ 85062 | | H | 1/15/05 <br><br> Vehicle lease <br><br> 2005 BMW 330 CI- 3 yr lease <br><br> Value $           0.00 | | | | 44,000.00 | 44,000.00 |
| Last four digits of Account No. <br><br> Representing: <br> BMW Financial | | | Crevier BMW <br> 1500 Auto Center <br> Santa Ana, CA 92705 <br><br> Value $ | | | | | |
| Last four digits of Account No. <br><br> First Lease, Inc. <br> 185 Commerce Drive <br> Fort Washington, PA 19034 | | W | 7/00 <br><br> 63 mo. Lease (current) <br><br> Software program used for stenography- (LEASED -enc $960.00) <br><br> Value $      Unknown | X | | X | 960.00 | Unknown |
| Last four digits of Account No. xxxx6695 <br><br> Honda Lease <br> PO Box 65021 <br> Hunt Valley, MD 21065 | | H | 7/24/04 <br><br> vehicle lease <br><br> 2004 Acura MDX- 4 yr lease <br><br> Value $           0.00 | X | | | 37,000.00 | 37,000.00 |
| | | | | | | Subtotal (Total of this page) | 81,960.00 | |

1  continuation sheets attached

Form B6D - Continued (Rev. 12/03)                                              2003 USBC, Central District of California

In re    Matthew Jason Singer,                                  Case No. _____
         Shawnna Marie Singer
                                                    Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No. <br> Representing: <br> Honda Lease | | | American Honda Finance Corp <br> PO Box 6070 <br> Cypress, CA 90630-6070 <br><br> Value $ | | | | | |
| Last four digits of Account No. <br> Representing: <br> Honda Lease | | | Norm Reeves Acura <br> 26705 Ynez <br> Temecula, CA 92591 <br><br> Value $ | | | | | |
| Last four digits of Account No. xxxxxxxxxx3621 <br> Key Bank <br> PO Box 94722 <br> Cleveland, OH 44101-4722 | | H | 4/6/04 <br> 2nd T.D. <br> Debtors' residence @3153 Banton Cir. <br> Corona, CA 92882 <br> Homesteaded <br> Value $ 580,000.00 | | | | 43,477.81 | 0.00 |
| Last four digits of Account No. xxxxxx9790 <br> Option One <br> PO Box 57054 <br> Irvine, CA 92619 | | H | 3/19/04 <br> 1st T.D. (has a prepayment penalty for 2 years) <br> Debtors' residence @3153 Banton Cir. <br> Corona, CA 92882 <br> Homesteaded <br> Value $ 580,000.00 | | | | 525,561.39 | 0.00 |
| Last four digits of Account No. | | | Value $ | | | | | |
| | | | Subtotal (Total of this page) | | | | 569,039.20 | |
| | | | Total (Report on Summary of Schedules) | | | | 650,999.20 | |

Sheet 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims