Form B6F - (Rev. 12/03)                                                                                                2003 USBC, Central District of California

In re    Matthew Jason Singer,                                                          Case No. _____
         Shawnna Marie Singer
_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxx-xxxxxx-x1000<br><br>American Express<br>P.O. Box 360002<br>Ft. Lauderdale, FL 33336-0002 | | H | last used 1/05<br>Misc. purchases | | | | 2,394.27 |
| Last four digits of Account No. xxxxxxxxxxxx1581<br><br>American Express<br>PO Box 360002<br>Ft. Lauderdale, FL 33336-0002 | | W | Entd 7/04<br>Money Judgment-<br>Court Case No. RCIRS 079177 | | | X | 2,394.27 |
| Last four digits of Account No. xxxxxxxxxxxx9350<br><br>American General<br>PO Box 54770<br>Los Angeles, CA 90054 | | H | last used 5/04<br>Misc purchases | | | | 2,251.49 |
| Last four digits of Account No. xxxxxxx & xxx-x9-572<br><br>Arrowhead Credit Union<br>2121 N. "D" Street<br>San Bernardino, CA 92405 | | W | 6/00<br>Ex-husband's debt listed in abundance of caution for any potential liability | X | | X | 85,000.00 |
| | | | | | | Subtotal<br>(Total of this page) | 92,040.03 |

__11__ continuation sheets attached

Form B6F - Continued (Rev. 12/03)                                                                                2003 USBC, Central District of California

In re    Matthew Jason Singer,                                                   Case No. _____
         Shawnna Marie Singer
                                                          Debtors,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community - H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxxxxxxx1008 <br><br> Bally Total Fitness <br> 12440 E. Impering, Suite 3 <br> Norwalk, CA 90650 | | W | 2002 <br> Ex-husband's debt listed in abundance of caution for any potential liability | | X | X | 1,000.00 |
| Last four digits of Account No. xxxx xxxx xxxx 7488 <br><br> Bank One <br> PO Box 78131 <br> Phoenix, AZ 85062 | | H | last used 5/04 <br> Misc. purchases | | | | 2,955.69 |
| Last four digits of Account No. xxxx xxxx xxxx 7538 <br><br> Best Buy <br> PO Box 60148 <br> City Of Industry, CA 91716 | | H | last used 7/04 <br> Misc. purchases | | | | 2,205.95 |
| Last four digits of Account No. <br><br> Sharmon Brooks <br> Carl Carter & Associates <br> 4261 Main St. <br> Riverside, CA 92501 | | W | Ex-husband's debt listed in abundance of caution for any potential liability | X | X | X | Unknown |
| Last four digits of Account No. xxxx-xxxx-xxxx-6684 <br><br> Capital One <br> PO Box 60067 <br> City Of Industry, CA 91716 | | H | last used 2/05 <br> Misc. purchases | | | | 952.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of                           Subtotal             7,113.64
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

Form B6F - Continued (Rev. 12/03)                                                                                 2003 USBC, Central District of California

In re  Matthew Jason Singer,                                                        Case No. _____
       Shawnna Marie Singer
                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxx xxxx xxxx 3877<br><br>Capital One<br>PO Box 60067<br>City Of Industry, CA 91716 | | H | last used 1/05<br>Misc. purchases | | | | 1,300.00 |
| Last four digits of Account No. xxxxxxxx5698<br><br>Capital One Bank<br>11013 W. Broad St.<br>Glen Allen, VA 23060 | | W | 11/01<br>Ex-husband's debt listed in abundance of caution for any potential liability | X | X | | 1,134.00 |
| Last four digits of Account No. xxxx-xxxx-xxxx-8042<br><br>Chase Bank Card Services<br>PO Box 52061<br>Phoenix, AZ 85072 | | H | last used 12/04<br>Misc. purchases | | | | 12,500.00 |
| Last four digits of Account No. xxxxxxxxxxxx7488<br><br>Chase Cardmember Service<br>PO Box 94011<br>Palatine, IL 60094-6067 | | H | last used 12/02<br>Misc. purchases | | | | 2,919.19 |
| Last four digits of Account No. xxxxxx7476<br><br>Chevron<br>PO Box 5010, Room 1212<br>Concord, CA 94524 | | W | 1990<br>Ex-husband's debt listed in abundance of caution for any potential liability | X | X | | 2,426.00 |
| | | | | | Subtotal (Total of this page) | | 20,279.19 |

Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F - Continued (Rev. 12/03)   2003 USBC, Central District of California

In re   Matthew Jason Singer,
        Shawnna Marie Singer
                                                        Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxxxxxxxxxxx5593<br><br>CitFinancial Retail Service<br>PO Box 22060<br>Tempe, AZ 85285-2060 | | J | last used 8/04<br>Misc purchases | | | | 4,161.81 |
| Last four digits of Account No. xxxxxxx0501<br><br>Citi Mortgage<br>15851 Clayton Rd.<br>Ballwin, MO 63011 | | W | 5/1/01<br>Ex-husband's debt (loan for mortgage downpayment) listed in abundance of caution for any potential liability | X | X | | 18,250.00 |
| Last four digits of Account No.<br><br>Representing:<br>Citi Mortgage | | | Citimortgage, Inc.<br>c/o Law Offices of Steven J. Melmet<br>2912 S. Daimler St.<br>Santa Ana, CA 92705-5811 | | | | |
| Last four digits of Account No. xxxxxxxxxxx5372<br><br>Citibank<br>PO Box 6615<br>The Lakes, NV 88901 | | W | 1994<br>Student loans | | | | 53,244.91 |
| Last four digits of Account No. xxxxxxxxxxx96-70<br><br>Citibank<br>PO Box 6615<br>The Lakes, NV 88901 | | H | 2001<br>Student loan consolidation | | | | 98,511.99 |

Sheet no. 3 of 11 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   174,168.71

Form B6F - Continued (Rev 12/03)                                                                 2003 USBC, Central District of California

In re   Matthew Jason Singer,                                          Case No. _____
        Shawnna Marie Singer
                                                        Debtors,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxx-xxxx-xxxx-2066<br>Citibank Visa<br>PO Box 6001<br>Sioux Falls, SD 57188 | | H | last used 11/04<br>Misc. purchases | | | | 11,000.00 |
| Last four digits of Account No. xxxx-xxxx-xxxx-5261<br>Discover Card - Novus Srvs<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 | | J | last used 12/04<br>Misc. purchases | | | | 10,115.43 |
| Last four digits of Account No.<br>Ford Motor Credit<br>Correspondence<br>PO Box 239801<br>Las Vegas, NV 89123-0040 | | H | Listed in abundance of caution for any potential liability re: daughter's 2005 Ford Focus returned to Dealership | X | X | X | Unknown |
| Last four digits of Account No. xxxxxxxxxxxx8467<br>GE Money Bank<br>PO Box 960061<br>City Of Industry, CA 91716 | | J | last used 7/04<br>Misc. purchases | | | | 2,858.00 |
| Last four digits of Account No. xxxxxxxxxxxx5856<br>GECCCC<br>Dept 0008<br>Palatine, IL 60055-0008 | | W | 9/00<br>Ex-husband's debt listed in abundance of caution for any potential liability | X | | X | 2,170.00 |

Sheet no.  4  of  11  sheets attached to Schedule of                Subtotal                    26,143.43
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

Form B6F - Continued (Rev. 12/03)                                                                                              2003 USBC, Central District of California

In re   Matthew Jason Singer,                                                                  Case No. _____
        Shawnna Marie Singer
                                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No.<br><br>GMAC<br>PO Box 6009<br>Inglewood, CA 90312-6009 | | W | Ex-husband's debt listed in abundance of caution for any potential liability | X | X | X | Unknown |
| Last four digits of Account No.<br><br>Gustavson Account<br>31877 Del Obispo St., Ste. 207<br>San Juan Capistrano, CA 92675 | | W | 9/03<br>Ex-husband's debt listed in abundance of caution for any potential liability | X | | X | 5,000.00 |
| Last four digits of Account No.<br><br>Brian Holohan<br>411 W. State Street, Ste. C<br>Redlands, CA 92373 | | W | 3/04<br>Divorce Attorney- Listed in abundance of caution for any potential liability | X | X | X | 0.00 |
| Last four digits of Account No. xx-xxxxxx7004<br><br>Kaiser Permanente<br>California Service Center<br>PO Box 939001<br>San Diego, CA 92193-9001 | | W | 3/10/05 - 4/9/05<br>Medical | | | | 1,102.41 |
| Last four digits of Account No.<br><br>Representing:<br>Kaiser Permanente | | | Kaiser Permanente<br>PO Box 7141<br>Pasadena, CA 91109-7141 | | | | |

Sheet no. __5__ of __11__ sheets attached to Schedule of                                Subtotal                6,102.41
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Form B6F - Continued (Rev. 12/03)                                                    2003 USBC, Central District of California

In re   Matthew Jason Singer,   Case No. _____
        Shawnna Marie Singer
                                               Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. Family Acct #xx-xxxxxx7004<br><br>Kaiser Permanente<br>California Service Center<br>PO Box 939001<br>San Diego, CA 92193-9001 | | C | 2/05 - 4/05<br>Potentially unbilled medical services inadvertently obtained after medical insurance had been canceled in February, 2005. | X | X | X | Unknown |
| Last four digits of Account No. xx-xxxxxx0475<br><br>Kaiser Permanente<br>Calif. Service Center<br>PO Box 23758<br>San Diego, CA 92193-3758 | | W | Unknown<br>Ex-husband's account listed in abundance of caution for any potential liability | X | X | X | Unknown |
| Last four digits of Account No.<br><br>Representing:<br>Kaiser Permanente | | | Kaiser Permanente<br>PO Box 7141<br>Pasadena, CA 91109-7141 | | | | |
| Last four digits of Account No.<br><br>Richard Kennedy<br>4780 Arlington Ave.<br>Riverside, CA 92504 | | W | 2002<br>Ex-husband's debt listed in abundance of caution for any potential liability | X | X | X | Unknown |
| Last four digits of Account No. xxxxxxxxxx0844<br><br>Lowes<br>PO Box 530914<br>Atlanta, GA 30353 | | H | last used 11/04<br>Misc. purchases | | | | 1,382.08 |

Sheet no. __6__ of __11__ sheets attached to Schedule of   Subtotal   1,382.08
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Form B6F - Continued (Rev. 12/03)                                                                                           2003 USBC, Central District of California

In re   Matthew Jason Singer,  
       Shawnna Marie Singer,  
                             Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxxxx0362<br><br>Matrix Acceptance<br>180 S. State Street<br>Clearfield, UT 84015 | | W | 2001<br>Ex-husband's debt listed in abundance of caution for any potential liability | X | | X | 500.00 |
| Last four digits of Account No. xxx xxxxx xx1 088<br><br>MBNA America<br>PO Box 15102<br>Wilmington, DE 19886-5102 | | H | last used 11/04<br>Misc. purchases | | | | 20,611.28 |
| Last four digits of Account No. xxxx xxxx xxxx 0113<br><br>MBNA America<br>PO Box 15137<br>Wilmington, DE 19886-5137 | | H | last used 11/04<br>Misc. purchases | | | | 31,291.57 |
| Last four digits of Account No. xxxxxx4363<br><br>Mercedes Benz<br>PO Box 9001921<br>Louisville, KY 40290-1921 | | H | 1/17/03<br>4 yr lease of 2003 Mercedes- surrendered 2/05-<br>Listed in abundance of caution for potential deficiency balance | X | X | X | 47,000.00 |
| Last four digits of Account No.<br><br>Representing:<br>Mercedes Benz | | | Fletcher Jones<br>3300 Jamboree<br>Newport Beach, CA 92660 | | | | |

Sheet no. 7 of 11 sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      99,402.85

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Form B6F - Continued (Rev 12/03)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2003 USBC, Central District of California

In re  Matthew Jason Singer,　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　Shawnna Marie Singer
_____,
　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxxx5202<br><br>Mitsu Credit<br>10805 Holder St., Ste. 301<br>Cypress, CA 90630 | X | W | 5/00<br>Ex-husband's debt (repoed Mitsu Montero) listed in abundance of caution for any potential liability | X | X |  | 22,000.00 |
| Last four digits of Account No. xxxx-xxxx-xxxx-6929<br><br>MRS Associate<br>3 Executive Campus, Ste. 400<br>Cherry Hill, NJ 08002 |  | W | 2004<br>Ex-husband's debt listed in abundance of caution for any potential liability | X | X |  | 1,728.00 |
| Last four digits of Account No. xxxxxx9533<br><br>Nordstrom FSB<br>PO Box 6566<br>Englewood, CO 80155-6566 |  | H | last used 7/05<br>Misc. purchases |  |  |  | 1,452.00 |
| Last four digits of Account No. xxxx9445<br><br>Nordstrom FSB<br>PO Box 6566<br>Englewood, CO 80155-6566 |  | H | last used 3/02<br>Misc. purchases |  |  |  | 2,606.83 |
| Last four digits of Account No.<br><br>OSI Collection Service<br>5022 Gate Pkwy, Ste. 204<br>Jacksonville, FL 32256 |  | W | Unknown account of Ex-husband's listed in abundance of caution for any potential liability | X | X | X | Unknown |

Sheet no. __8__ of __11__ sheets attached to Schedule of　　　　　　　　　　　　　Subtotal　　　　　　27,786.83
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　　　　　　　　(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　Best Case Bankruptcy

Form B6F - Continued (Rev 12/03)  2003 USBC, Central District of California

In re  Matthew Jason Singer,
       Shawnna Marie Singer

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. <br><br> Paul Pancucci <br> 11455 Wheaton Circle <br> Yucaipa, CA 92399 | | W | Ex-husband Listed in abundance of caution for any potential liability | X | X | X | 0.00 |
| Last four digits of Account No. xxxxxx1311 <br><br> Porsche Finance <br> 4343 Commerce Ct., Ste. 214 <br> Lisle, IL 60532 | X | W | 2/21/02- 5 yr lease <br> Deficiency balance -repossession of 2002 Porsche Boxster -joint obligation with Ex-husband-Pending lawsuit- Court Case No. SCISS 110995 | X | X | | 21,022.37 |
| Last four digits of Account No. <br><br> Representing: <br> Porsche Finance | | | Beck & Browning <br> Judith J. Chon <br> 3828 Carson St., Ste. 100 <br> Torrance, CA 90503 | | | | |
| Last four digits of Account No. <br><br> Representing: <br> Porsche Finance | | | Porsche Financial Services <br> c/o Law Off of Beck & Browing <br> 3828 Carson St., Ste. 100 <br> Torrance, CA 90503 | | | | |
| Last four digits of Account No. <br><br> Representing: <br> Porsche Finance | | | Walters Auto Sales & Service Inc. <br> 3210 Adams St. <br> Riverside, CA 92504 | | | | |

Sheet no. __9__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 21,022.37

Form B6F - Continued (Rev. 12/03)                                                                              2003 USBC, Central District of California

In re  Matthew Jason Singer,                                                    Case No. _____
       Shawnna Marie Singer
                                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xx4131<br><br>Sak's Fifth Avenue<br>750 Lakeshore Pkwy<br>Birmingham, AL 35211 | | W | last used 9/04<br>Misc. purchases | | | | 2,368.00 |
| Last four digits of Account No.<br><br>Representing:<br>Sak's Fifth Avenue | | | Sak's Fifth Avenue<br>Dept 0029<br>Palatine, IL 60055-0029 | | | | |
| Last four digits of Account No. xxxxx2437<br><br>San Mar Corp.<br>PO Box 34060<br>Seattle, WA 98124-1060 | | W | Ex-husband's account listed in abundance of caution for any potential liability | X | X | X | Unknown |
| Last four digits of Account No.<br><br>Phil Singer<br>Sheila Singer<br>17453 Elm<br>Fountain Valley, CA 92708 | | J | 9/1/04<br>Personal loans | | | | 95,000.00 |
| Last four digits of Account No. xxxxxxxxx-x0001<br><br>U.S.C.<br>620 West 35th Street<br>Parking Structure C103<br>Los Angeles, CA 90089-1333 | | W | Ex-husband's account listed in abundance of caution for any potential liability | X | X | X | Unknown |

Sheet no. __10__ of __11__ sheets attached to Schedule of                    Subtotal                97,368.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Continued (Rev. 12/03)　　　　　　　　　　　　　　　　　　　　　　　　　　　　2003 USBC, Central District of California

In re　　Matthew Jason Singer,　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　Shawnna Marie Singer
　　　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxx5559<br>Wells Fargo<br>3868 Tyler St.<br>Riverside, CA 92503 | | H | 12/04<br>Misc. purchases | | | | 2,004.97 |
| Last four digits of Account No. xxxx2431<br>Wells Fargo<br>PO Box 98793<br>Las Vegas, NV 89193-8793 | | H | last used 1/05<br>Misc. purchases | | | | 1,022.71 |
| Last four digits of Account No. xxxxx7321<br>Wells Fargo<br>210 Imi Kala St., 203<br>Wailuku, HI 96793-1274 | | J | last used 8/04<br>Misc. purchases | | | | 3,425.00 |
| Last four digits of Account No. | | | | | | | |
| Last four digits of Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　6,452.68

Total (Report on Summary of Schedules)　　579,262.22

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　Best Case Bankruptcy