In re    Matthew Jason Singer
     Shawnna Marie Singer _____    Case No. _____
                                      Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | | Amount |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,522.81 |
| Are real estate taxes included? | Yes ___ No _X_ | |
| Is property insurance included? | Yes ___ No _X_ | |
| Utilities: | Electricity and heating fuel | $ 225.00 |
| | Water and sewer | $ 175.00 |
| | Telephone | $ 140.00 |
| | Other  See Detailed Expense Attachment | $ 195.00 |
| Home maintenance (repairs and upkeep) | | $ 100.00 |
| Food | | $ 500.00 |
| Clothing | | $ 100.00 |
| Laundry and dry cleaning | | $ 75.00 |
| Medical and dental expenses | | $ 0.00 |
| Transportation (not including car payments) | | $ 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 25.00 |
| Charitable contributions | | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| | Homeowner's or renter's | $ 98.00 |
| | Life | $ 175.00 |
| | Health | $ 498.00 |
| | Auto | $ 120.00 |
| | Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| | (Specify)  Property Taxes | $ 348.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| | Auto | $ 725.00 |
| | Other  Keybank (2nd T.D.) | $ 355.80 |
| | Other  First Lease (Stenography software) | $ 160.00 |
| | Other  H & W Student Loans | $ 1,100.00 |
| Alimony, maintenance, and support paid to others | | $ 0.00 |
| Payments for support of additional dependents not living at your home | | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 2,510.00 |
| Other  Pet Food and Vet Expenses | | $ 350.00 |
| Other | | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | | **$ 10,647.61** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income                                                                 $ N/A
B. Total projected monthly expenses                                                              $ N/A
C. Excess income (A minus B)                                                                    $ N/A
D. Total amount to be paid into plan each _____    $ N/A
                                                   (interval)

In re  Matthew Jason Singer  
      Shawnna Marie Singer

Debtor(s)

Case No. _____

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Yard | $ 60.00 |
| Pool | $ 15.00 |
| Association Dues | $ 120.00 |
| **Total Other Utility Expenditures** | $ 195.00 |

**United States Bankruptcy Court**
**Central District of California**

In re: Matthew Jason Singer
Shawnna Marie Singer
Debtor(s)

Case No. _____
Chapter  7

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing: $ 90,000.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income $ 7,500.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

3. Net Employee Payroll (Other Than Debtor) $ 0.00
4. Payroll Taxes 0.00
5. Unemployment Taxes 0.00
6. Worker's Compensation 0.00
7. Other Taxes 0.00
8. Inventory Purchases (Including raw materials) 0.00
9. Purchase of Feed/Fertilizer/Seed/Spray 0.00
10. Rent (Other than debtor's principal residence) 0.00
11. Utilities 0.00
12. Office Expenses and Supplies 200.00
13. Repairs and Maintenance 150.00
14. Vehicle Expenses 1,010.00
15. Travel and Entertainment 100.00
16. Equipment Rental and Leases 250.00
17. Legal/Accounting/Other Professional Fees 250.00
18. Insurance 250.00
19. Employee Benefits (e.g., pension, medical, etc.) 0.00
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| Phone | 300.00 |

22. Total Monthly Expenses (Add items 3-21) $ 2,510.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ 4,990.00